IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| Pamela Elliott-Lupo and Trent Lupo<br>Plaintiff,<br>v.<br>Noah Transportation Inc. and Yagya Shahi,<br>Defendants. | C/A No.: 2:25-cv-00668-RMG<br><br>**PLAINTIFF'S ANSWERS TO LOCAL RULE 26.01 INTERROGATORIES** |

Plaintiff, (hereinafter "Plaintiff"), by and through her undersigned counsel, hereby answers the Local Rule 26.01 Interrogatories pursuant to the Local Rules of the United States District Court for the District of South Carolina

(A) State the full name, address and telephone number of all persons or legal entities who may have a subrogation interest in each claim and state the basis and extent of said interest.

**RESPONSE: To Plaintiff and their counsel's knowledge none.**

(B) As to each claim, state whether it should be tried jury or nonjury and why.

**RESPONSE: Plaintiffs respectfully request a jury trial on all claims set forth in the Complaint.**

(C) State whether the party submitting these responses is a publicly owned company and separately identify: (1) each publicly owned company of which it is a parent, subsidiary, partner or affiliate; (2) each publicly owned company which owns ten percent or more of the outstanding shares or other indica of ownership of the party; and (3) each publicly owned company in which the party owns ten percent or more of the outstanding shares.

**RESPONSE: Plaintiffs are individuals and are not a publicly owned company.**

(D) State the basis for asserting the claim in the division in which it was filed (or the basis of any challenge to the appropriateness of the division).

**RESPONSE: Plaintiff filed this action in the Court of Common Pleas for Dorchester County and Defendants, Noah Transportation, Inc., and Yagya Shahi removed the case to federal**

**court on the basis of complete diversity of citizenship between the parties to the lawsuit. Plaintiff does not challenge the appropriateness of the division.**

(E) Is this action related in whole or in part to any other matter filed in this district, whether civil or criminal? If so, provide (1) a short caption and the full case number of the related action; (2) an explanation of how the matters are related; and (3) a statement of the status of the related action. Counsel should disclose any cases that may be related regardless of whether they are still pending. Whether cases are related such that they should be assigned to a single judge will be determined by the clerk of court based on a determination of whether the cases arise from the same or identical transactions, happenings, or events; involve the identical parties or property; or for any other reason would entail substantial duplication of labor if heard by different judges.

**RESPONSE: To Plaintiffs and their counsel's knowledge, this action is not related in whole or in part to any other matter filed in this district.**

(F) *[Defendants only.]* If the Defendant is improperly identified, give the proper identification and state whether counsel will accept service of an amended summons and pleading reflecting the correct identification.

**RESPONSE: Not Applicable.**

(G) *[Defendants only.]* If you contend that some other person or legal entity is, in whole or in part, liable to you or the party asserting a claim against you in this matter, identify such person or entity and describe the basis of their liability.

**RESPONSE: Not Applicable.**

(H) In an action in which jurisdiction is based on diversity under 28 U.S.C.§1332(a), a party or intervenor must, unless the court orders otherwise, name – and identify the citizenship of – every individual or entity whose citizenship is attributed to that party or intervenor. This response maybe be supplemented when any later even occurs that could affect the court's jurisdiction under §1332(a)

**RESPONSE: Plaintiff is a citizen of South Carolina. Defendant, Yagya Shahi is a citizen of North Carolina. Defendant, Noah Transportation, Inc., is a North Carolina corporation with its principal place of business in North Carolina.**

***[Signature Page to Follow]***

**Respectfully submitted,**

***The Derrick Law Firm***

*s/Fred Oliver*

Fred Oliver, Esq. (Fed Id. #11732)
Attorneys for the Plaintiff
PO Box 28
Conway, SC 29528
843-248-7486
843-248-7510
fred.oliver@derricklawfim.com