IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| Pamela Elliott-Lupo and Trent Lupo<br><br>　　　　　　　　　Plaintiff,<br><br>v.<br><br>Noah Transportation Inc. and Yagya Shahi, Amazon Logistics, Inc., d/b/a Prime, Amazon.com, Inc., Amazon.com Service, LLC,<br><br>　　　　　　　　　Defendants. | C/A No.:  2:25-cv-00668-RMG |

**JOINT NOTICE OF SETTLMENT**

　　　Plaintiffs and all Defendants hereby give notice to the Court that a settlement has been reached in this matter, which will avoid the need for the Court to rule on pending motions.   The parties respectfully request the Court enter a Rubin Order.

*The Derrick Law Firm*

*s/Fred H. Oliver*

_____
Fred H. Oliver
Attorney for the Plaintiff
Federal Bar No. 11732
Post Office Box 28
Conway, South Carolina 29528
Telephone: 843-248-7486
Facsimile: 843-248-7510
fred.oliver@derricklawfirm.com